IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CDR PRINTING LLC,**<br><br>         Plaintiff,<br><br>  v.<br><br>**BARNES & NOBLE BOOKSELLERS, INC.,** *et al.,*<br><br>         Defendants. | **Civil Action No. 2:15-cv-1280**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff CDR Printing LLC ("CDR Printing"), pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal of all of its claims in this action WITH prejudice against Defendant Target Corporation. Prior to the filing of this motion, Defendant Target Corporation has yet to file an answer or motion for summary judgment.

DATED November 16, 2015.	Respectfully submitted,

By: /s/ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. Gibbens
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**CDR PRINTING LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Stevenson Moore*___
Stevenson Moore